# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CALEB WALSH, URBAN BAY FINANCIAL LLC, URBAN BAY
HOUSING FUND LLC, and URBAN BAY TAMPA APTS LLC,

Appellants,

v.

AUERBACH III-HOUSTON-HOSPITALITY I, LLC,

Appellee.

No. 2D2025-1332

_____

January 2, 2026

Appeal from the Circuit Court for Hillsborough County; Christopher C. Nash, Judge.

M. Gabriela Palacios of The Palacios Law Firm PLLC, Coral Gables, for Appellants.

Brandon Faulkner of Holland & Knight LLP, Tampa, for Appellee.


PER CURIAM.

Affirmed.


KHOUZAM, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.